Sunray Films, Inc., Appellant, v. Leo Malchin, Select Attractions, Inc., and Charles Swarzza, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of Alfred J. Thomas, Petitioner, Respondent, Appellant, in Behalf of Himself and All Other Persons Similarly Situated for an Order Pursuant to Article 78 of the Civil Practice Act to Compel the Performance of Certain Acts, against Paul J. Kern and Others, as the Municipal Civil Service Commission of the City of New York, Defendants, Appellants, Respondents. In the Matter of the Application of Jacob Grobisen. Petitioner, Respondent, in Behalf of Himself, etc., against Paul J. Kern and Others, as the Municipal Civil Service Commission of the City of New York, Defendants, Appellants. In the Matter of the Application of Samuel Bress, Petitioner, Respondent, in Behalf of Himself, etc., against Paul J. Kern and Others, as the Municipal Civil Service Commission of the City of New York, Defendants, Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements to petitioners-respondents Jacob Grobison and Samuel Bress against defendants-appellants. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [See ante, p. 801; post, p. 920.]

Dorothy H. Epstein, Plaintiff, v. L. M. Berkeley, Appellant, Impleaded with Others, Defendants. (R. D. Wildman, Appellant; Charles B. McLaughlin, Jr., Receiver, Respondent.) — Order unanimously affirmed, with twenty dollars costs and disbursements to the receiver, respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

Edna Lane Brilleman, Appellant, v. The Prudential Insurance Company of America, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

Juliette Oken, Respondent, v. Morris Henry Oken, Appellant.— Order unanimously modified by reducing temporary alimony to the sum of seventy-five dollars a week and counsel fee to the sum of $300, and, as so modified, affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of Sally Kaiser, Petitioner, Respondent, for an Order Confirming the Employment by Petitioner of Accountants on Behalf of the Estate of Emanuel W. Kaiser, Deceased, etc. Charles Kaiser and Charlotte Sprayregen, as Ancillary Executors, etc., Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied, without prejudice to claim for allowance of any disbursements made for